UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21469-CIV-GOLD/WHITE

DARCUIS DONARD PRICE,

    Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS; CLOSING CASE

THIS CAUSE comes before the Court on the Report and Recommendation [DE 18] issued by Magistrate Judge Patrick A. White on January 23, 2008. Petitioner Price filed a Petition for Habeas Corpus [DE 1] on June 7, 2007. In this Petition, he argues that the trial court erred during voir dire proceedings when it overruled his objections to the prosecutor's use of peremptory challenges to strike African-American jurors. Petitioner also argues that he received ineffective assistance of counsel. After considering the trial transcripts, the Honorable Patrick A. White recommended that this Petition be denied.

Following the issuance of the Report and Recommendation, Petitioner filed a Motion for Extension of Time [DE 19] on February 15, 2008. I granted Petitioner's Motion and gave Petitioner an extension until April 30, 2008 to file his objections to the Report and Recommendation. Petitioner Price, however, did not file any objections. After careful review of the Petition, Petitioner's response to an order on the limitations period, Respondent's response to an order to show cause, the Report and Recommendation, and the entire case file, I adopt the Report and Recommendation. Therefore, I deny the Petition and close this case. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. The Report and Recommendation [DE 18] is ADOPTED.

2. The Petition [DE 1] is DENIED.

3. This case is CLOSED.

4. All pending motions are denied as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 27 day of June, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Patrick A. White
All counsel of record

Darcuis Price
# 191631
Mayo Correctional Institution
8784 US Highway 27 West
Mayo, FL 32066